UTICA,
Aug. 1828.

ANONYMOUS.

THE court said, that if a default was taken in a *certiorari* cause, when called on the calendar, the party whose default was entered, would be allowed to appear at any time during term, and the default opened of course without excuse.

A default at
term in a *certio-
rari* case, will
be opened at
any time dur-
ing term, with-
out excuse.

